| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>                                                                      Debtor. | CHAPTER __13__<br><br>CASE NUMBER 2:10-bk-39108-EC<br><br>ADVERSARY NUMBER 10-02759 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>                                                                    Plaintiff(s),<br>vs.<br>BANK OF THE WEST, its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive<br><br>                                                                    Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___11-4-10___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 1-26-11    Time: 1:30p    Courtroom: 1639    Floor: 16th |
|---|
| ☒ 255 East Temple Street, Los Angeles         ☐ 411 West Fourth Street, Santa Ana<br>☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara<br>☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ___10-5-10___

KATHLEEN J. CAMPBELL
Clerk of Court

By: _/s/ Sharon Dumlao_
    Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)                                                                                                    F 7004-1

Case 2:10-ap-02759-EC    Doc 3    Filed 10/05/10    Entered 10/05/10 15:24:40    Desc
Main Document    Page 2 of 75

FILED OCT - 5 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ENTERED OCT - 5 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

MARCIAL ALEMAN-REYES
NATALIA DE JESUS ALEMAN

                Debtor(s).

MARCIAL ALEMAN-REYES
NATALIA DE JESUS ALEMAN

                Plaintiff(s),

BANK OF THE WEST, its assignees and/or successor in interests; DOE COMPANY 1-5; DOE CORPORATION 1-5; DOES 1-5 inclusive

                Defendant(s),

Case No.: 10-39108-EC

Chapter 13

Adversary No.: **10-02759-EC**

SCHEDULING ORDER

This adversary proceeding having been assigned to the undersigned judge,

IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

Status Conference:                        January 26, 2011 at 1:30 p.m.

Discovery Cutoff (all discovery motions
must be heard by this date):               3/31/11

|   |   |   |   |
|---|---|---|---|
| Date by which all other pretrial motions must be heard: | 6/30/11 | | |
| Pretrial Conference: | 8/24/11 | at | 3:00 p.m. |
| Trial: | 9/8/11 | at | 9:30 a.m. |

2. The above trial date is a stacking date. An actual trial date will be assigned during the pretrial conference. The actual trial date is likely to be within five court days of the stacking date and definitely will be within the same month as the stacking date.

3. This order applies to counsel for all parties and to individuals not represented by counsel.

4. Unless otherwise ordered, all applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules shall apply to this adversary proceeding.

5. All parties shall review the Second Amended General Order No. 95-01 ("Adoption of Mediation Program for Bankruptcy Cases and Adversary Proceedings").

6. The plaintiff shall serve a copy of this scheduling order on all parties to the adversary proceeding along with the summons and complaint. Proof of service of the summons and complaint must indicate that copies of this scheduling order were served in accordance with this order.

7. The plaintiff must serve, along with the summons, complaint and this order, a notice that compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7026-1 is required. The plaintiff must file proof of service of the notice with the proof of service of the summons, complaint and this order.

8. All counsel and parties must comply with Local Bankruptcy Rule 7016-1 which requires filing a joint status report at least fourteen days (or a unilateral status report at least ten days) before the status conference. The status report shall be prepared on Local Form No. F 7016-1.1.

9. If the parties request dates for discovery cutoff, pretrial motion cutoff, pretrial conference, or trial other than those ordered herein, this request shall be made in the joint status report, together with a statement of the reasons for the requested dates.

10. The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

11. If no response to the complaint is timely filed, the plaintiff may request entry of default by the Clerk of the Bankruptcy Court. See Local Bankruptcy Rule 7055-1(a). The plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. See Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7055-1(b).

12. The court will not schedule more than one motion for summary judgment in any given week. If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

13. Pursuant to Local Bankruptcy Rule 7016-1(b)(1), a joint pretrial order in strict compliance with the provisions of Local Bankruptcy Rule 7016-1(b)(2) shall be lodged at least fourteen days before the date set for the pretrial conference.

14. Failure to comply with the provisions of this order may subject the responsible party to sanctions.

15. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

*Ellen Carroll*

DATED: October 5, 2010

———————————————
Ellen Carroll
United States Bankruptcy Judge

4/15/09

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled __SCHEDULING ORDER__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

L. Bishop Austin
3250 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90010

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

KATHLEEN J. CAMPBELL, Clerk
U.S. Bankruptcy Court

By:
SHARON SUMLIN
_____
Deputy Clerk

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re<br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>Debtor(s). | CASE NO: 2:10-bk-39108-EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as __SUMMONS AND NOTICE OF STATUS CONFERENCE__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _10-6-10_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _10-6-10_, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

Bank of the West
Attn.: Corinna Oroquita/ Bk Clerk
1450 Treat Blvd
Walnut Creek, CA 94597

Bank of the West
Agent for service of process
C T Corporation System
818 W. 7th St
Los Angeles, CA 90017

Bank of the West
Attn.: President or General Director
180 Montgomery St., 25th Fl
San Francisco, CA 94104

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_10-6-10_    _MOISES LOPEZ_    _/s/ Moises Lopez_
Date        Type Name            Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)    **F 7004-1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy