| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>*Attorney for Debtors* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Marcial Aleman-Reyes
Natalia De Jesus Aleman

Debtor(s).

Marcial Aleman-Reyes
Natalia De Jesus Aleman Plaintiff(s),

vs.

BANK OF THE WEST, its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive

Defendant(s).

CHAPTER: 13

CASE NO.: 2:10-bk-39108-EC

ADVERSARY NO.: 2:10-ap-02759-EC

DATE: January 26, 2011

TIME: 1:30 p.m.

PLACE: 255 E. Temple Street
Crtroom 1639
Los Angeles, CA 90012

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served? ☒ Yes ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☐ Yes ☒ No

3. Have all motions addressed to the pleadings been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below *(or on an attached page)*:
   No response has been filed by Defendant
   *Continued on next page)*

---

Revised August 2005   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                Best Case Bankruptcy

Joint Status Report - *Page 2*  **F 7016-1.1**

| In re | CHAPTER: 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>                                                     Debtor(s). | CASE NO.: 2:10-bk-39108-EC<br>ADVERSARY NO.: 2:10-ap-02759-EC |

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    1 month

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay:

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    n/a

3. When do you expect to complete <u>your</u> discovery efforts?

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    1 month

4. What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    Document review

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    30 minutes

2. How many witnesses do you intend to call at trial (including opposing parties)?

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    One (1)

3. How many exhibits do you anticipate using at trial?

    <u>Plaintiff</u>                                                                     <u>Defendant</u>
    Less than five

*(Continued on next page)*

Revised August 2005   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                      Best Case Bankruptcy

Joint Status Report - *Page 3*     **F 7016-1.1**

| In re | CHAPTER: 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>Debtor(s). | CASE NO.: 2:10-bk-39108-EC<br>ADVERSARY NO.: 2:10-ap-02759-EC |

**D.   PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pre-trial conference ☐ (is)/☒ (is not) requested.
Reasons: _____

Defendant
Pre-trial conference ☐ (is)/☒ (is not) requested.
Reasons: _____

Plaintiff
Pre-trial conference should be set after:
(date) _____

Defendant
Pre-trial conference should be set after:
(date) _____

**E.   SETTLEMENT:**

1. What is the status of settlement efforts?
   none

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☐ Yes    ☒ No

   Defendant
   ☐ Yes    ☐ No

*(Continued on next page)*

Revised August 2005   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                         Best Case Bankruptcy

Joint Status Report - *Page 4*  **F 7016-1.1**

| In re | |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman | CHAPTER: 13 |
| | CASE NO.: 2:10-bk-39108-EC |
| | ADVERSARY NO.: 2:10-ap-02759-EC |
| Debtor(s). | |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: 12/13/10                                                                Dated: 12/13/10

L. BISHOP AUSTIN & ASSOCIATES                              L. BISHOP AUSTIN & ASSOCIATES
*Firm Name*                                                                       *Firm Name*

By: _____               By: _____
Name: L. Bishop Austin 175497                                  Name: L. Bishop Austin 175497

Attorney for:   Marcial Aleman-Reyes                        Attorney for:   Natalia De Jesus Aleman

---

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

| In re: | CHAPTER: 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman | CASE NUMBER: 2:10-bk-39108-EC |
| Debtor(s). | ADV 2:10-ap-02759-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as __UNILATERAL Status Report__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __12/13/10__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bank of the West
Attn.: Corinna Oroquita/ Bk Clerk
1450 Treat Blvd
Walnut Creek, CA 94597

Bank of the West
Agent for service of process
C T Corporation System
818 W. 7th St
Los Angeles, CA 90017

Bank of the West
Attn.: President or General Director
180 Montgomery St., 25th Fl
San Francisco, CA 94104

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 13, 2010 | Moises Lopez | _/s/ Moises Lopez_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**9013-3.1.PROOF.SERVICE**
Best Case Bankruptcy