| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>Lbishopbk@yahoo.com<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar No.: 175497<br><br>☒ Attorney for Debtor<br>☐ Plaintiff(s) appearing without attorney | |

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re:<br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>                                                    Debtor | CASE NO.: 2:10-bk-39108-EC<br>CHAPTER: 13<br>ADVERSARY NO.: 10-ap-02759EC |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>                                                    Plaintiff(s), | **MOTION FOR DEFAULT JUDGEMENT UNDER LBR 7055-1** |
| vs.<br><br>Bank of the West<br><br>                                                    Defendant(s). | DATE: MARCH 14, 2011<br>TIME: 03:00 PM<br>COURTROOM: 1639<br>PLACE: 255 E. Temple St.,<br>Los Angeles, CA 90012 |

**TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:**

1. Name of Defendant(s) against whom default judgment is sought *(specify name)*: BANK OF THE WEST

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 09/28/10

3. The Summons and Complaint were served on Defendant by ☐ Personal Service     ☒ Mail Service
   on the following date *(specify date:)* 10/06/10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 11/04/10

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. ☒ Has not yet been entered, but is hereby requested
   b. ☐ Was entered on *(specify date)*: _____

8. **A Status Conference:**
   a. ☐ Is scheduled for *(specify date, time and place)*: _____
   b. ☒ Was held on *(specify date, time and place)*: 01/26/11

9. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:

- a. ☒ Relies on the Complaint and documents attached thereto.
- b. ☒ Attaches the following documents to establish a prima facie case:
    - (1) ☒ Declaration of *(specify)*: Debtors/Plaintiff
    - (2) ☒ Declaration of *(specify)*: Attorney for Plaintiff
    - (3) ☒ Other *(specify)*: California Licensed Appraiser

10. ☒ As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS**: No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App §§ 501-594). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A copy of the proposed Default Judgment is submitted herewith and has been served.

DATED: February 9, 2011

Respectfully submitted,

L. BISHOP AUSTIN & ASSOCIATES
*Firm Name*

By: _____

Name: L. Bishop Austin 175497
*Attorney for Plaintiff or Plaintiff*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010    Page2    F 7055-1.2.MOTION.DEFAULT.JMT

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as __Motion for Default Judgement under LBR 7055-1__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __2/9/11__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bank of the West
Attn.: Corinna Oroquita/ Bk Clerk
1450 Treat Blvd
Walnut Creek, CA 94597

Bank of the West
Agent for service of process
C T Corporation System
818 W. 7th St
Los Angeles, CA 90017

Bank of the West
Attn.: President or General Director
180 Montgomery St., 25th Fl
San Francisco, CA 94104

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February  9, 2011 | Moises Lopez | _/s/ Moises Lopez_ |
|---|---|---|
| Date | Type Name | Signature |